# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 20, 2009

137970

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

MIMOZA NECI,
      Plaintiff,

and

VERA NECI,
      Plaintiff-Appellant,

v

VANNICE ARRIN STEEL, JR., CLARA
JONES, and ANITA TERRY,
      Defendants,

and

CITIZENS INSURANCE COMPANY OF
AMERICA,
      Defendant-Appellee.

SC: 137970
COA: 277069
Wayne CC: 05-523483-NI

_____/

On order of the Court, the application for leave to appeal the November 13, 2008 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *McCormick v Carrier* (Docket No. 136738) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 20, 2009

Clerk

d0520